Adams Bank & Trust, Plaintiff-Appellee, v. Omar A. Duwaik, Defendant-Appellant. No. 20CA1725
Court of Appeals of Colorado, Second Division
December 16, 2021
 
 NOT
 PUBLISHED PURSUANT TO C.A.R. 35(e)
 
 
 
 Arapahoe County District Court No. 18CV30690 Honorable
 Elizabeth Weishaupl, Judge
 
 
 
 OPINION
 
 
 VOGT
 [*] JUDGE
 
 
 JUDGMENT
 AFFIRMED AND CASE REMANDED WITH DIRECTIONS
 
 
 Berger
 and Yun, JJ., concur.
 
 
 1
 
 
 ---------
 
 
 Notes:
 
 
 [*]
 Sitting by assignment of the Chief Justice under provisions
 of Colo. Const. art. VI, § 5(3), and § 24-51-1105,
 C.R.S. 2021.
 
 
 ---------